IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| AUTOMATED FACILITIES MANAGEMENT CORPORATION, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. |
| IFS NORTH AMERICA, INC., | ) ) | |
| Defendant | ) | |

**CORPORATE DISCLOSURE STATEMENT OF
PLAINTIFF AUTOMATED FACILITIES MANAGEMENT CORPORATION**

Plaintiff Automated Facilities Management Corporation, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, hereby discloses its corporate parents.

Automated Facilities Management Corporation is owned by Acacia Research Group LLC, which in turn is owned by the publicly traded corporation Acacia Research Corporation.

Date: March 30, 2012

RESPECTFULLY SUBMITTED,

/s/ Michael Kanovitz

Michael Kanovitz
Vincenzo Field
LOEVY & LOEVY
312 North May Street
Suite 100
Chicago, IL 60607
Ph: (312) 243-5900
Fx: (312) 243-5902

Robert M. Shore
Motley Rice LLP
1100 Glendon Avenue
14th Floor
Los Angeles, CA 90024-3503
Ph:   (310) 500-3543
Fx:   (310) 824-2870